**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-01844-REB-MEH

DEBORAH F. ARPINO,

    Plaintiff,

v.

PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(I)** [#8][1] filed October 23, 2015.  After careful review of the notice and the file, I concludes that the notice should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(I)** is approved; and

2.  That this action is dismissed without prejudice with the parties to pay their own attorney fees and costs.

---

[1] "[#8]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

Dated October 26, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge